IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOIS WHITE<br>  *Plaintiff,*<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a<br>Delaware corporation, d/b/a "THE WESTIN<br>MICHIGAN AVENUE CHICAGO,"<br><br>  *Defendant*. | **Case No:** 1:24-cv-01838<br>Honorable Sunil R. Harjani |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff Lois White ("Plaintiff") and Defendant Marriott International, Inc. ("Defendant") (together, Plaintiff and the Defendant constitute ("the Parties"), by and through their undersigned counsel, hereby jointly notify the Court that the Parties have agreed in principle to settle the above-captioned matter. Counsel for the Parties are in the process of finalizing a Settlement Agreement and Stipulation of Dismissal, as such, the Parties respectfully request thirty (30) days to file a Stipulation of Dismissal, and for the Court to adjourn all upcoming deadlines.

**Dated**: May 23, 2024.

Respectfully submitted by,

| | |
|---|---|
| */s/ Mark M. Trapp*<br>Mark M. Trapp, Esq.<br>Conn Maciel Carey LLP<br>53 W. Jackson Boulevard, Suite 1352<br>Chicago, Illinois 60604<br>Email: mtrapp@connmaciel.com<br>Tel: (312) 809-8122<br>*Attorney for Marriott International, Inc.,*<br>d/b/a<br>*The Westin Michigan Avenue Chicago.* | */s/ Angela C. Spears*<br>Angela C. Spears, Esq.<br>Cass Law Group, P.C.<br>20015 S. LaGrange Rd., #1098<br>Frankfort, IL 60423<br>Email: aspears@casslawgroup.com<br>Tel: (833) 343-6743<br><br>*Attorney for Plaintiff* |