# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Lois White

                              Plaintiff,

v.                                                       Case No.: 1:24–cv–01838
                                                                     Honorable Sunil R. Harjani

MARRIOTT INTERNATIONAL, INC.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 22, 2024:

        MINUTE entry before the Honorable Sunil R. Harjani: Tracking status set for 7/25/2024 is stricken. A stipulation to dismiss has still not been filed even though the parties have been given opportunities to file one. As a result of the settlement in principle [10], this matter is dismissed without prejudice and will automatically convert to with prejudice on 8/21/2024 if no motion to reinstate is filed. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.